IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARREN N CLARK, SR,

    Plaintiff,

v.          CASE NO. 1:14-cv-00176-MP-GRJ

WILLIAM P CERVONE, RALPH D GRABEL,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 23, 2014. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) because Plaintiff has failed to state a valid claim for relief and seeks relief against defendants who are immune from suit. Further, all pending motions should be terminated, and this case should count as a strike pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this _20th_ day of November, 2014

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge